No. 42747.—Protest 959944–G of R. H. Macy & Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the wooden forks in question are similar to those the subject of *Borgfeldt* v. *United States* (T. D. 48585).   The claim at 33⅓ percent under pagragraph 412 was therefore sustained.